UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE **WAYNE R. MURPHY** ) ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No.: 10-mc-10388 |

### NOTICE OF FILING OF DISCIPLINARY ACTION

Notice is hereby given to **WAYNE R. MURPHY,** of the filing with the United States District Court for the District of Massachusetts of a certified copy of a judgment or order demonstrating that you have been disciplined by the Supreme Judicial Court. A copy of that judgment or order is enclosed herein, along with a copy of Local Rule 83.6.

Also enclosed is a Order to Show Cause to which you are required to respond within thirty (30) days after service of this Notice and the Order upon you by mail, pursuant to this Court's Local Rule 83.6(2)(B).

DATED: November 22, 2010        BY: *Sarah Allison Thornton*
                                   Sarah Allison Thornton
                                   Clerk of Court